# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| ELIAS DANIEL MCNEALEY, AIS #212257, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) CIV. ACT. NO. 2:24-cv-17-TFM-MU |
| SGT. CALVIN SHAW, *et al.*, | ) ) ) |
| Defendants. | ) |

## MEMORANDUM OPINION AND ORDER

On November 21, 2024, the Magistrate Judge entered a report and recommendation which recommends Defendants' motion for summary judgment be granted and that this action be dismissed with prejudice. *See* Doc. 24. No objections were filed.

Accordingly, after due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge is **ADOPTED**. Defendant's motion for summary judgment (Docs. 18, 19) is **GRANTED** and this action is **DISMISSED with prejudice**.

A separate judgment will issue pursuant to Fed. R. Civ. P. 58.

**DONE** and **ORDERED** this 15th day of January, 2025.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE